UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA VIRGINIA PORRAS CASTILLO,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY S. ROBBINS, et al.,<br><br>Respondents. | Case No. 1:25-cv-01586-JLT-HBK<br><br>ORDER CONVERTING THE MATTER TO A PRELIMINARY INJUNCTION<br><br>(Doc. 2) |

On December 2, 2025, the Court granted Petitioner Erika Virginia Porras Castillo's Motion for a Temporary Restraining Order and ordered Respondents to show cause why this Court should not convert the TRO in a preliminary injunction. (Doc. 13.) On December 5, 2025 Respondents filed an opposition to the issuance of a preliminary injunction based on their previous filed pleading. (Doc. 14.) On December 5, 2025, Petitioner filed a reply. (Doc. 15.)

Given that the standard for issuing a TRO is "substantially identical" to the standard for issuing a preliminary injunction, *see Stuhlbarg Int'l Sales Co. v. John D. Brush & Co.*, 240 F.3d 832, 839 n.7 (9th Cir. 2001), the Court **GRANTS** a preliminary injunction for the same reasons as stated in this Court's prior order. (Doc. 13.) For the foregoing reasons, the Court **ORDERS**:

1. Within 21 days of the date of this Order, Respondents **SHALL** file a status report in this case confirming that the hearing has been provided.

2. The government may file a further brief on the merits of the habeas petition within 30 days. Alternatively, as soon as it can within that 30-day period, the government may

1 file a notice that it does not intend to file further briefing. If the government files an additional
2 brief. Petitioner may file a further brief within 30 days thereafter.

IT IS SO ORDERED.

Dated:  **January 6, 2026**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE