ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA VIRGINIA PORRAS CASTILLO, | CASE NO.  1:25-CV-01586-JLT-HBK |
| Petitioner, | STIPULATION AND APPROVED ORDER STAYING FURTHER BRIEFING |
| v. | |
| TIMOTHY S. ROBBINS, ET AL., | (Doc. No.  18) |
| Respondents. | |

Petitioner Erika Porras Castillo, by and through her counsel of record, Jose F. Vergara, and Respondents, by and through their counsel Eric Grant, United States Attorney, and Charles Campbell, Assistant United States Attorney, stipulate as follows:

1.  On November 18, 2025, Petitioner filed a Petition for a Writ of Habeas Corpus and a Motion for a Temporary Restraining Order.  Dkt. Nos. 1, 2.

2.  On November 24, 2025, Respondents filed their opposition to the Motion for a Temporary Restraining Order.  Dkt. No. 11.

3.  On December 2, 2025, this Court granted in part Petitioner's request for a Temporary Restraining Order.  In granting this relief, the Court ordered the government to hold a parole revocation hearing.  Dkt. No. 13.  Petitioner was released from custody shortly thereafter.

4.  On January 6, 2026, this Court converted the Temporary Restraining Order into a Preliminary Injunction.  Dkt. No. 16.  In that filing, this Court directed Respondents to file a

1     further brief on the merits of the habeas petition within 30 days.  Dkt. No. 16.

2     5.  This matter is in a similar factual and procedural posture as the pending Ninth Circuit appeal

3       in *Rodriguez v. Bostock*, 779 F.Supp.3d 1239 (W.D. Wash. 2025), Ninth Circuit docket no.

4       25-6842.

5     6.  Because the issues in *Rodriguez* are likely to be dispositive of the issues in this case, the

6       parties ask that any further briefing deadlines in this case be held abeyance until the

7       resolution of the *Rodriguez* case.

8     IT IS SO STIPULATED.

10 Dated:  January 6, 2026                        ERIC GRANT
                                         United States Attorney

12                                   /s/ CHARLES CAMPBELL
                                  CHARLES CAMPBELL

13                                   Assistant United States Attorney
                                  Counsel for Respondents

15 Dated:  January 6, 2026                       /s/ JOSE F. VERGARA

16                                     JOSE F. VERGARA

17                                   Counsel for Petitioner
                                  ERIKA PORRAS CASTILLO

**ORDER OF COURT**

IT IS HEREBY ORDERED that the parties' stipulation (Doc. No.18) the proceedings in case 1:25-cv-01586-JLT-HBK are STAYED pending the resolution of the appeal of *Rodriguez Vazquez v. Bostock*, 779 F. Supp. 3d 1239 (W.D. Wash. 2025) before the Ninth Circuit Court of Appeals.  No later than twenty-one (21) days after a ruling is issued in that case, the parties are directed to meet and confer and file joint proposed briefing schedule for the petition in this case.


Dated:    January 8, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE